ACCEPTED
15-25-00038-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 3:14 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/3/2025 3:14:59 PM
CHRISTOPHER A. PRINE
Clerk

236-337930-22

CAUSE NO. 236-337930-22

| | | |
|---|---|---|
| JAMES MCMERCHANT, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | TARRANT COUNTY, TEXAS |
| UNIVERSITY OF TEXAS AT | § | |
| ARLINGTON. | § | |
| | § | |
| *Defendant.* | § | 236TH JUDICIAL DISTRICT |

---

## DEFENDANT'S NOTICE OF ACCELERATED APPEAL AND NOTICE OF AUTOMATIC STAY

---

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 25 of the Texas Rules of Appellate Procedure and Texas Civil Practice & Remedies Code § 51.014(a)(8), Defendant, University of Texas at Arlington ("UT Arlington" or the "University") hereby gives notice of appeal to the Fifteenth Court of Appeals, Austin, Texas. Defendant appeals from the March 13, 2025, Order denying Defendant's Plea to the Jurisdiction and Motion for Summary Judgment. Defendant is entitled to an interlocutory appeal pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(8) which allows an appeal from a district court's interlocutory order denying a governmental unit's plea to the jurisdiction. This "interlocutory appeal… stays all other proceedings in the trial court pending resolution of that appeal." *See* Tex. Civ. Prac. & Rem. Code § 51.015(b).

Pursuant to Tex. R. App. P. 25.1(d)(6) Defendant states that this is an accelerated appeal and does not concern a parental termination or child protection case, as provided for in Tex. R. App. P. 28.4.

## DEFENDANT IS NOT REQUIRED TO FILE A COST BOND

Notice is further given pursuant to Tex. Civ. Prac. & Rem. Code § 6.001 that, as a governmental entity, Defendant is not required to file a bond for court costs.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
*Lead Attorney*
Texas Bar No. 24103252
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(214) 290-8884 – Phone
(512) 320-0667 – Fax
brianna.krominga@oag.texas.gov

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I certify that on April 2, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Ali Crocker
Crocker Russell & Associates
2401 Callender Road, Suite 103
Mansfield, Texas 76063
alic@cralawfirm.com

*Counsel for Plaintiff*

/s/ Brianna M. Krominga
**BRIANNA M. KROMINGA**
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karel Macias on behalf of Brianna Krominga
Bar No. 24103252
karel.macias@oag.texas.gov
Envelope ID: 99207332
Filing Code Description: Notice of Appeal
Filing Description: Ds Notice of Appeal
Status as of 4/2/2025 4:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Crocker | | ali@cralawfirm.com | 4/2/2025 4:25:52 PM | SENT |

Associated Case Party: THEUNIVERSITY OF TEXAS AT ARLINGTON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| karel macias | | karel.macias@oag.texas.gov | 4/2/2025 4:25:52 PM | SENT |
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 4/2/2025 4:25:52 PM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karel Macias on behalf of Brianna Krominga
Bar No. 24103252
karel.macias@oag.texas.gov
Envelope ID: 99255584
Filing Code Description: Copy of Notice of Appeal
Filing Description: Copy of Ds Ntc of Appeal
Status as of 4/3/2025 3:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| karel macias | | karel.macias@oag.texas.gov | 4/3/2025 3:14:59 PM | SENT |
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 4/3/2025 3:14:59 PM | SENT |
| Ali Crocker | 24098868 | ali@cralawfirm.com | 4/3/2025 3:14:59 PM | SENT |